IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-23 |
| v. | ) | |
| | ) | Judge Nixon |
| PATRICK SCOTT | ) | |

## ORDER

Pending before the Court is Defendant Patrick Scott's Motion to Adopt Amended Motion to Dismiss Indictment ("Motion to Adopt"). (Doc. No. 1503.) Defendant Scott requests to adopt Defendants Paul McQuiddy and Leonard Baugh's Amended Motion to Dismiss filed on October 29, 2012 (Doc. No. 1400), and supporting documents filed on October 29 and November 19, 2012 (Doc. Nos. 1401; 1464) to the extent that they apply to Defendant Scott's circumstance. All of the motions named in Defendant Scott's Motion to Adopt are currently pending before the Court.

The arguments made by Defendants McQuiddy and Baugh in their motion and supporting documents apply equally to Defendant Scott. (*See* Doc. Nos. 1400; 1404; 1464). Accordingly, the Court **GRANTS** Defendant's Motion to Adopt with respect to documents filed by Defendants McQuiddy and Baugh (Doc. Nos. 1400; 1404; 1464).

It is so ORDERED.

Entered this the ____ day of December, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT