UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-CR-00240-23 |
| ) | |
| PATRICK SCOTT, ) | (JUDGE NIXON/KNOWLES) |
| a/k/a "C_WHACK" a/k/a "LIL' PAT" ) | |
| ) | |
| Defendant. ) | |

**MOTION TO JOIN DEFENDANT PAUL MCQUIDDY'S MOTION TO DECLARE CASE EXTENDED AND COMPLEX, TO FORMALLY AUTHORIZE ATTORNEY PAYMENTS EXCEEDING $9,700, AND TO FORMALLY AUTHORIZE INTERIM VOUCHERS**

Comes now the Defendant, Patrick Scott, by and trough counsel, Bradley L. Henry, and respectfully moves this Honorable court to allow him to join in the motion titled *Motion to Declare Case Extended and Complex, to Formally Authorize Attorney Payments Exceeding $9,700.00 and to Formally Authorize Interim Vouchers* (DE 355) filed by Richard Tennent on January 1, 2011.

Respectfully submitted, this 26th day of November, 2012.

s/Bradley L. Henry
BRADLEY L HENRY, BPR #025447
117 Center Park Drive, Ste. 201
Knoxville, TN 37922
(865) 670-8535
brad@breedinglaw.com
*Attorney for Patrick Scott*

- 1 -