IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-23 |
| v. | ) | |
| | ) | Judge Nixon |
| PATRICK SCOTT | ) | |

### ORDER

Pending before the Court is Defendant Patrick Scott's Motion to Waive Appearance ("Motion") (Doc. No. 1519), in which he requests the Court waive his appearance at the hearing on various motions to dismiss for speedy trial violations, scheduled for December 17, 2012 (Doc. No. 1496). Defendant also requests to adopt any oral arguments presented at the upcoming hearing by the authors of the motions to dismiss. (Doc. No. 1519.) Defendant states that he is similarly situated to the defendants who filed the motions to dismiss and that his presence is not needed because were he to appear, he would adopt the oral arguments of all other defendants with regard to claimed violations of speedy trial rights in this case. (*Id.*)

The Court finds that although Defendant's situation is not identical to those defendants who have filed motions to dismiss for speedy trial violations, he is similarly situated. (*See* Doc. Nos. 1104; 1400; 1404; 1464). Accordingly, the Court **GRANTS** Defendant's Motion and **WAIVES** Defendant's appearance at the December 17, 2012, hearing.

It is so ORDERED.

Entered this the 12th day of December, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT