IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-23 |
| v. ) | |
| ) | Judge Nixon |
| PATRICK SCOTT ) | |

## ORDER

Pending before the Court is Defendant Patrick Scott's Motion to Adopt Motion In Limine ("Motion to Adopt") (Doc. No. 1555), in which Mr. Scott requests to join Defendant Christopher Moody's Motion in Limine to Exclude Non Testifying Co-Conspirator Statements ("Motion in Limine"), filed on December 19, 2012 (Doc. No. 1548). Mr. Moody's Motion in Limine is currently pending before the Court.

The arguments made by Mr. Moody in his Motion in Limine apply equally to Mr. Scott. (*See* Doc. No. 1548). Accordingly, the Court **GRANTS** Mr. Scott's Motion to Adopt (Doc. No. 1555) with respect to the above-named motion filed by Mr. Moody (Doc. No. 1548).

It is so ORDERED.

Entered this the 2nd day of January, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT