# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-23 |
| v. | ) | |
| | ) | Judge Nixon |
| PATRICK SCOTT | ) | |

## ORDER

Pending before the Court is Defendant Patrick Scott's Motion in Limine to Exclude Guilty Plea and Statements by Chanita Whitlow ("Motion"). (Doc. No. 1610.) Specifically, Mr. Scott requests that the Court prohibit the Government from disclosing to the jury any testimony, statements, or other evidence related to Defendant Chanita Whitlow's guilty plea, or any statements made by Ms. Whitlow. (*Id.*) The Government filed a Response in which it states it does not intend to offer any such evidence unless Ms. Whitlow testifies. (Doc. No. 1616.)

Having considered the parties' arguments, the Court **GRANTS** the Motion insofar as the Government is prohibited from disclosing to the jury any evidence related to Ms. Whitlow's guilty plea, or any statements made by Ms. Whitlow, unless Ms. Whitlow testifies.

It is so ORDERED.

Entered this the ___17___ day of January, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT