# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:09-cr-00240-23 |
| v. | ) |
| | ) Judge Nixon |
| PATRICK SCOTT | ) |

## ORDER

Pending before the Court are Defendant Patrick Scott's three Motions for Leave to Join and Adopt Motions by Co-Defendants ("Motions to Adopt"). (Doc. Nos. 1797; 1799; 1842.) Specifically, Mr. Scott requests to adopt Defendant Tierra Young's Motion to Exclude 404(b) Evidence as to Defendant Young ("Motion to Exclude") (Doc. No. 1763), filed on January 24, 2013. (Doc. No. 1797.) Mr. Scott also requests to join Defendant Paul McQuiddy's Motion to Permit use of Computers, Tablets, and Similar Electronic Devices in Courtroom During Trial ("Motion to Use Computers") (Doc. No. 1770); Motion in Limine to Prohibit Prejudicial and Irrelevant Proof ("Motion to Prohibit Proof") (Doc. No. 1771); and Motion to Join All Defense Objections at Trial ("Motion for Joint Objections") (Doc. No. 1773), all filed on January 24, 2013. (Doc. Nos. 1799; 1802.) Finally, Mr. Scott requests to join Defendant Leonard Baugh and Paul McQuiddy's Joint Motion for Government Witnesses to Remain Under Subpoena Until the Conclusion of the Defense Proof ("Motion to Extend Subpoenas") (Doc. No. 1802), filed on January 26, 2013. (Doc. No. 1802.) Ms. Young's Motion to Exclude and Mr. McQuiddy's Motion to Prohibit Proof are currently pending before the Court, the Court granted Mr. Baugh's Motion to Extend Subpoenas (Doc. No. 1850) and Mr. McQuiddy's Motion to Use Computers (Doc. No. 1851) on January 29, 2013, and the Court denied Mr. McQuiddy's Motion for Joint Objections on January 31, 2013 (Doc. No. 1865).

1

The arguments made by Ms. Young in her Motion to Exclude and Mr. McQuiddy in his Motion to Prohibit Proof apply equally to Mr. Scott. (*See* Doc. Nos. 1763; 1771.) Accordingly, the Court **GRANTS** Mr. Scott's Motions to Adopt (Doc. Nos. 1797; 1802), with respect to Ms. Young's Motion to Exclude and Mr. McQuiddy's Motion to Prohibit Proof (Doc. Nos. 1763; 1771). In granting the Motion to Extend Subpoenas and the Motion to Use Computers, the Court stated that the relief provided would apply to all Defendants going to trial on January 29, 2013. (Doc. Nos. 1850; 1851.) Therefore, the Court **DENIES as MOOT** Mr. Scott's Motions to Adopt (Doc. No. 1799; 1802) with respect to Mr. Baugh's Motion to Extend Subpoenas, Mr. McQuiddy's Motion for Computers and Motion for Joint Objections (Doc. Nos. 1770; 1773; 1802).

It is so ORDERED.

Entered this the 1st day of February, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

2