# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-23 |
| v. ) | |
| ) | Judge Nixon |
| PATRICK SCOTT ) | |

## ORDER

Pending before the Court are various pretrial motions filed by Defendant Patrick Scott, including: Motion for Severance and for Speedy Trial (Doc. No. 1030); Joint Motion to Designate Counts and/or Defendants for Trial on August 14, 2012 (Doc. No. 1186); Joint Motion to Exclude Inadmissible Hearsay Contained in Recorded Phone Calls (Doc. No. 1700); Motion in Limine to Exclude Evidence Pursuant to Rules 401, 402, 403, and 404(b) (Doc. No. 1753); and Motion in Limine to Exclude Prior Convictions (Doc. No. 1891). Additionally, Mr. Scott has joined the following motions which remain pending as to him: Motion for Severance of Counts and for a Speedy Trial (Doc. No. 413); Motion for Disclosure of 404(b) Evidence (Doc. No. 1126); Motion for Pretrial Notice of Government's Intent to Use Evidence (Doc. No. 1128); Motion for Speedy Trial (Doc. No. 1168); Motion for a Bill of Particulars (Doc. No. 1569); Motion to Join (Doc. No. 1696); Motion to Prevent Jury from Knowing Defendants are in Custody, in Shackles, or Otherwise Not at Liberty (Doc. No. 1702); Motion to Prevent Introduction of Evidence that was Not Properly Disclosed by the Government Prior to Trial (Doc. No. 1703); Motion to Exclude all 404(b) Proof (Doc. No. 1704); Motion to Require that the Only Evidence Presented Come from the Witness Stand (Doc. No. 1705); Motion to Prohibit Presentation of Telephone Transcripts to the Jury (Doc. No. 1706); Motion to Exclude 404(b)

1

Evidence as to Defendant Young (Doc. No. 1763); and Motion to Prohibit Irrelevant and Prejudicial Proof (Doc. No. 1771).

The Court accepted Mr. Scott's Petition to Enter a Plea of Guilty (Doc. No. 1913) and sentenced Mr. Scott on February 5, 2013. Therefore, Mr. Scott's Motions (Doc. Nos. 413; 1030; 1126; 1128; 1186; 1569; 1696; 1700; 1702–1706; 1753; 1763; 1771; 1891) are **TERMINATED as MOOT**.

It is so ORDERED.

Entered this the __12th__ day of February, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT